**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 9:21-CV-81387

NICHOLAS LAMPARIELLO
               Plaintiff,
 v.

GALLAGHER BASSET SERVICES, INC.; STARR INDEMNITY AND LIABILITY COMPANY; MIDDLE NECK MANAGEMENT LLC f/k/a NAMDAR REALTY GROUP; and HARBOR FREIGHT TOOLS USA, INC.,

               Defendants.
_____/

**NOTICE OF SETTLEMENT**

COMES NOW the Plaintiff NICHOLAS LAMPARIELLO, by and through the undersigned counsel, and hereby gives notice that the Parties of the above-styled litigation have reached an amicable resolution in this matter. A notice of voluntary dismissal OR a stipulation of dismissal with a request that the Court retain jurisdiction to enforce the settlement will be filed under separate cover shortly. As such, the undersigned respectfully request that no further action be taken by the Court on this matter for a period of ten (10) days.

**CERTIFICATE OF SERVICE**

THE UNDERSIGNED ATTORNEY HEREBY CERTIFIES that on October 5, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and served on Todd R. Ehrenreich, Esq. and Freddi Mack, Esq. of Lewis Brisbois Bisgaard & Smith LLP via

transmission of Notices of Electronic Filing generated by CM/ECF or through other approved means.

        Respectfully submitted,

        _/s/ Joshua Christensen_____
        Joshua Christensen, Esq.
        Florida Bar No., 115701
        Counsel for Plaintiff
        Email: pleadings@lawllg.com
               josh@lawllg.com

        LAMPARIELLO LAW GROUP LLP
        11369 Okeechobee Blvd., Ste. 400
        Royal Palm Beach, FL 33411
        Tel. (954) 628-3579
        Fax: (954) 343-8712