UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:21-CV-81387

NICHOLAS LAMPARIELLO
          Plaintiff,
 v.

GALLAGHER BASSET SERVICES, INC.;
STARR INDEMNITY AND LIABILITY
COMPANY; MIDDLE NECK
MANAGEMENT LLC f/k/a NAMDAR
REALTY GROUP; and HARBOR
FREIGHT TOOLS USA, INC.,

          Defendants.
_____/

## NOTICE OF SETTLEMENT

      COMES NOW the Plaintiff NICHOLAS LAMPARIELLO, by and through the undersigned counsel, and hereby gives notice that the Parties of the above-styled litigation have reached an amicable resolution in this matter. A notice of voluntary dismissal OR a stipulation of dismissal with a request that the Court retain jurisdiction to enforce the settlement will be filed under separate cover shortly. As such, the undersigned respectfully request that no further action be taken by the Court on this matter for a period of ten (10) days.

                                        **Lampariello Law Group LLP**
                                        *Counsel for Plaintiff*
                                        11369 Okeechobee Blvd., Ste. 400
                                        Royal Palm Beach, FL 33411
                                        Telephone: 954-628-3579
                                        Fascimile: 954-343-8712
                                        BY: _/s/ Joshua Christensen____ _____
                                        Joshua Christensen, Esq.
                                        Florida Bar No., 115701
                                        Email: pleadings@lawllg.com
                                                    josh@lawllg.com

| | |
|---|---|
| **Lewis Brisbois Bisgaard & Smith LLP**<br>*Counsel For Defendants Gallagher Basset Services, Inc., and Starr Indemnity and Liability Company*<br>2 Alhambra Plaza, Suite 1110<br>Coral Gables, Florida 33134<br>Telephone: 786.353.0210<br>Facsimile:  786.513.2249<br><br>BY: */s/ Freddi Mack*<br>    TODD R. EHRENREICH<br>    FBN 945900<br>    Todd.Ehrenreich@lewisbrisbois.com<br>    FREDDI MACK<br>    FBN 111623<br>    Freddi.Mack@lewisbrisbois.com | **Conroy Simberg**<br>*Counsel For Defendants Middle Neck Management LLC f/k/a Namdar Realty Group and Harbor Freight Tools USA, Inc.*<br>1801 Centrepark Drive East, Suite 200<br>West Palm Beach, Florida 33401<br>Telephone: 561.697.8088<br>Facsimile:  561.697.8664<br><br>BY: */s/ Jeffrey A. Blaker*<br>    JEFFREY A. BLAKER<br>    FBN 443913<br>    jblaker@conroysimberg.com |

## CERTIFICATE OF SERVICE

THE UNDERSIGNED ATTORNEY HEREBY CERTIFIES that on October 8, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and served on Todd R. Ehrenreich, Esq. and Freddi Mack, Esq. of Lewis Brisbois Bisgaard & Smith LLP via transmission of Notices of Electronic Filing generated by CM/ECF or through other approved means.

Respectfully submitted,

 /s/ Joshua Christensen
Joshua Christensen, Esq.
Florida Bar No., 115701
Counsel for Plaintiff
Email: pleadings@lawllg.com
          josh@lawllg.com

**LAMPARIELLO LAW GROUP LLP**
11369 Okeechobee Blvd., Ste. 400
Royal Palm Beach, FL 33411
Tel. (954) 628-3579
Fax: (954) 343-8712