UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 21-81387-CIV-CANNON

**NICHOLAS LAMPARIELLO,**

    Plaintiff,

v.

**GALLAGHER BASSET SERVICES INC.,**
**STARR INDEMNITY AND LIABILITY COMPANY**,
**MIDDLE NECK MANAGEMENT LLC**,
and **HARBOR FREIGHT TOOLS USA, INC.**,

    Defendants.
_____/

## ORDER DISMISSING CASE WITH PREJUDICE

**THIS CAUSE** comes before the Court upon Plaintiff's Notice of Voluntary Dismissal with Prejudice, filed on October 29, 2021 [ECF No. 18]. A plaintiff may dismiss an action voluntarily without a court order by filing a notice of dismissal before the opposing party serves an answer or motion for summary judgment. Fed. R. Civ. P. 41(a)(1)(A)(i). Defendant has not filed a responsive pleading or motion for summary judgment in this case. Accordingly, this case is **DISMISSED WITH PREJUDICE** as requested by Plaintiff, effective October 29, 2021, the date Plaintiff filed the Notice of Voluntary Dismissal.

1. The Clerk of Court is directed to **CLOSE** this case.

2. All pending motions are **DENIED AS MOOT**.

3. All deadlines are **TERMINATED**.

**DONE AND ORDERED** in Fort Pierce, Florida this 1st day of November 2021.

                                                                              **AILEEN M. CANNON**
                                                                            **UNITED STATES DISTRICT JUDGE**

cc: counsel of record